IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR279 |
| | ) | |
| vs. | ) | |
| | ) | |
| **TEODORO ALEJANDRO CASTILLO-RINCON, CASH C. COSGRIFF, ROBERTO GARCIA-GUTIERREZ, FRANCISCO MARTINEZ-MUNGIA** | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on defendant, Teodoro Alejandro Castillo-Rincon's Unopposed Motion to Continue Trial [62]. The court has been advised that none of the co-defendants object to the continuance. For the reasons set forth in the motion and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [62], and is granted, as follows:

1. The jury trial, **for all defendants**, now set for March 15, 2022, is continued to **May 17, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 17, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: February 18, 2022**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge